# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0631
Lower Tribunal No. 19-10452
_____

## Raquel L. Cruz,
Appellant,

vs.

## Lakeview Loan Servicing, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Bowin Law Group, and Beau Bowin (Indialantic), for appellant.

Troutman Pepper Hamilton Sanders LLP, and Alec P. Hayes (Atlanta, GA), for appellee.

Before LOGUE, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.